**Van−200** [AP Notice of Hearing] (Rev. 08/24)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:**<br>Ashley Isehi Prim<br>       **Debtor(s)** | **Case No.** 24−00287−DSC13<br>**Chapter** 13 |

**AP No.** 24−00040−DSC

ImmunoTek Bio Centers, LLC d/b/a
Freedom Plasma
et al.
       **Plaintiff(s)**

vs.

Ashley Prim
       **Defendant(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

1 − Status Conference on Notice of Removal filed by Plaintiff ImmunoTek Bio Centers, LLC d/b/a Freedom Plasma and BioTek America, LLC

2 − Plaintiff's Motion to Enlarge Time to Remove

   **Date:  Wednesday, September 25, 2024         Time:  09:30 AM**

   **Location:  Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203**

   Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:   August 28, 2024                    By:

                                            Joseph E. Bulgarella, Clerk
                                            United States Bankruptcy Court

cmh