# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–2 | User: admin | Date Created: 8/28/2024 |
| Case: 24–00040–DSC | Form ID: van200 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Gabriel J. Quistorff | gquistorff@balch.com |
| aty | John Parker Yates | parker@yatesanderson.com |
| aty | Robert D. Reese | ecfbirmingham@bondnbotes.com |

TOTAL: 3